# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

In re: HOLCO CAPITAL GROUP, INC.       §   Case No. 10-30006-HCD

                                          §

                                          §

Debtor(s)                              §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

J. RICHARD RANSEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $2,940,000.00
*(without deducting any secured claims)*

Assets Exempt: $8,000.00

Total Distribution to Claimants: $387,460.49

Claims Discharged
Without Payment: $4,920,920.90

Total Expenses of Administration: $225,539.51

3) Total gross receipts of $ 613,000.00 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $613,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $70,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 225,539.51 | 225,539.51 | 225,539.51 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 5,303,561.77 | 2,708,381.39 | 2,708,381.39 | 387,460.49 |
| **TOTAL DISBURSEMENTS** | $5,373,561.77 | $2,933,920.90 | $2,933,920.90 | $613,000.00 |

4) This case was originally filed under Chapter 7 on January 04, 2010. The case was pending for 86 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _03/08/2017_____    By: _/s/J. RICHARD RANSEL_____
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Settlement of Counterclaim against Kukui Gardens | 1249-000 | 6,500.00 |
| Settlement adversary proceeding against Wells Fa | 1249-000 | 250,000.00 |
| Settlement adversary proceeding against Libertyv | 1249-000 | 356,500.00 |
| **TOTAL GROSS RECEIPTS** | | $613,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | SL Financial of ILL, LLC | 4110-000 | 70,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $70,000.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - J. RICHARD RANSEL | 2100-000 | N/A | 33,900.00 | 33,900.00 | 33,900.00 |
| Trustee Expenses - J. RICHARD RANSEL | 2200-000 | N/A | 52.83 | 52.83 | 52.83 |
| Attorney for Trustee Fees (Trustee Firm) - THORNE GRODNIK | 3110-000 | N/A | 89,125.00 | 89,125.00 | 89,125.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Attorney for Trustee Fees (Trustee Firm) - THORNE GRODNIK | 3110-000 | N/A | 62,500.00 | 62,500.00 | 62,500.00 |
| Attorney for Trustee Expenses (Trustee Firm) - THORNE GRODNIK | 3120-000 | N/A | 2,490.03 | 2,490.03 | 2,490.03 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Accountant for Trustee Fees (Trustee Firm) – Corner Stone CPA Group LLP | 3310-000 | N/A | 5,885.00 | 5,885.00 | 5,885.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 23.90 | 23.90 | 23.90 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 262.94 | 262.94 | 262.94 |
| Other – May Oberfell Lorber | 3721-000 | N/A | 2,208.75 | 2,208.75 | 2,208.75 |
| Accountant for Trustee Fees (Trustee Firm) – Corner Stone CPA Group LLP | 3310-000 | N/A | 14,302.50 | 14,302.50 | 14,302.50 |
| Other – Kukui Gardens Corporation | 2990-000 | N/A | 4,000.00 | 4,000.00 | 4,000.00 |
| Other – John Schnure | 3731-420 | N/A | 9,180.00 | 9,180.00 | 9,180.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 404.86 | 404.86 | 404.86 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 588.70 | 588.70 | 588.70 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$225,539.51** | **$225,539.51** | **$225,539.51** |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 — PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 — GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo Bank, N.A. | 7100-000 | N/A | 4,819.62 | 4,819.62 | 689.49 |
| 2 | Kukui Gardens Corporation | 7100-000 | 2,703,561.77 | 2,703,561.77 | 2,703,561.77 | 386,771.00 |
| NOTFILED | Church Towers | 7100-000 | 700,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Mark Kaiser | 7100-000 | 100,000.00 | N/A | N/A | 0.00 |
| NOTFILED | The Travelers Cos. Inc. | 7100-000 | 1,800,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $5,303,561.77 | $2,708,381.39 | $2,708,381.39 | $387,460.49 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 10-30006-HCD | | Trustee: | (520206) | J. RICHARD RANSEL |
| Case Name: | HOLCO CAPITAL GROUP, INC. | | Filed (f) or Converted (c): | 01/04/10 (f) | |
| | | | §341(a) Meeting Date: | 06/29/11 | |
| Period Ending: 03/08/17 | | | Claims Bar Date: | 09/27/11 | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Settlement of Counterclaim against Kukui Gardens  (u) | 6,500.00 | 6,500.00 | | 6,500.00 | FA |
| 2 | Settlement adversary proceeding against Wells Fa  (u) | 250,000.00 | 250,000.00 | | 250,000.00 | FA |
| 3 | Settlement adversary proceeding against Libertyv  (u) | 356,500.00 | 356,500.00 | | 356,500.00 | FA |
| 4 | 2526 W. 6th St., Mishawaka, IN  46544 | 80,000.00 | 72,000.00 | | 0.00 | FA |
| 5 | Two small houses and a 4000 sq. ft. pole barn on | Unknown | 0.00 | | 0.00 | FA |
| 6 | Wells Fargo Bank, Jefferson St. Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Coast Transport Partners, LLC | 160,000.00 | 160,000.00 | | 0.00 | FA |
| 8 | Counterclaim and/or setoff versus Kukui Gardens | 2,700,000.00 | 2,700,000.00 | | 0.00 | FA |
| 8 | **Assets    Totals** (Excluding unknown values) | **$3,553,000.00** | **$3,545,000.00** | | **$613,000.00** | **$0.00** |

### Major Activities Affecting Case Closing:

Holco's books and records are in Mr. Horton's possession at his house at:  3040 Alton Drive, St. Peters Beach, Florida 33706.

All records are on discs at his home.

Liberty Bank (downtown branch Libertyville) and Wells Fargo (downtown location South Bend) were the banks.

$1,442,972.56 was repaid to Libertyville Bank as an authorized transfer.  Transfer from Holco Account to pay the loan balance.

$2,000,000 to Wells Fargo Bank.  2 payments one was 1.5 million and the balance was in the second payment.

Mr. Horton will look for February, March, April bank statements from Wells Fargo.

SNL was the lender to Holco for all of its business stuff.  HSL was the three people - it related to the acquisition of K Gardens.

HSL Financial physical location was - 660 LaSalle Place, Suite 200, Highland Park, IL.

SL Financial was the company that was lending money to a entreprenueal  business.

HSL secured the financial for the acquisition of the mortage.

Raymond James account - South Bend location.  He dealt with Dan Passlage.  $300,000.00 was at Wells Fargo and he moved it to Raymond James in Holco Capital's name.

Only other assets Holco had was the Mishawaka real estate.

Holco has now filed taxes for 2007 and 2008.

McIntyre Jones does government work - barely in operation.


10/28/15 - UPDATE.  On August 11, 2015, the Bankruptcy Court heard oral arguent on motions for summary judgment filed by Wells Fargo Bank and Libertyville Bank and Trust Co.  On August 12, 2015, the Court took said motions under advisement.  They are under advisement at this time.

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-30006-HCD

**Case Name:** HOLCO CAPITAL GROUP, INC.

**Period Ending:** 03/08/17

**Trustee:** (520206)   J. RICHARD RANSEL

**Filed (f) or Converted (c):** 01/04/10 (f)

**§341(a) Meeting Date:** 06/29/11

**Claims Bar Date:** 09/27/11

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- |

**Initial Projected Date Of Final Report (TFR):**   December 31, 2012          **Current Projected Date Of Final Report (TFR):**   October 20, 2016  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-30006-HCD | **Trustee:** J. RICHARD RANSEL (520206) |
| **Case Name:** HOLCO CAPITAL GROUP, INC. | **Bank Name:** The Bank of New York Mellon |
| | **Account:** ****-*****98-66 - Checking Account |
| **Taxpayer ID #:** **-***2150 | **Blanket Bond:** $57,318,324.00  (per case limit) |
| **Period Ending:** 03/08/17 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/04/12 | {1} | The Clarence T. C. Ching Foundation | settlement of counterclaim by Holco against Kukui Gardens | 1249-000 | 6,500.00 | | 6,500.00 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,475.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,450.00 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,425.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,400.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,375.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,350.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,325.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,300.00 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,275.00 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001052020688 20130117 | 9999-000 | | 6,275.00 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 6,500.00 | 6,500.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 6,275.00 | |
| **Subtotal** | 6,500.00 | 225.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$6,500.00** | **$225.00** | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-30006-HCD | **Trustee:** J. RICHARD RANSEL (520206) |
| **Case Name:** HOLCO CAPITAL GROUP, INC. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******1366 - Checking Account |
| **Taxpayer ID #:** **-***2150 | **Blanket Bond:** $57,318,324.00  (per case limit) |
| **Period Ending:** 03/08/17 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION<br>TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 6,275.00 | | 6,275.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,265.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,255.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,245.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,235.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,225.00 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,215.00 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,205.00 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,195.00 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,185.00 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,175.00 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,165.00 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,155.00 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,145.00 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,135.00 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,125.00 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,115.00 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,105.00 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,095.00 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,085.00 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,075.00 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,065.00 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,055.00 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,045.00 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,035.00 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,025.00 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,015.00 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,005.00 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,995.00 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,985.00 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,975.00 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,965.00 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,955.00 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,945.00 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,935.00 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,925.00 |
| | | | Subtotals : | | $6,275.00 | $350.00 | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 10-30006-HCD | **Trustee:** | J. RICHARD RANSEL (520206) |
| **Case Name:** HOLCO CAPITAL GROUP, INC. | **Bank Name:** | Rabobank, N.A. |
| | **Account:** | ******1366 - Checking Account |
| **Taxpayer ID #:** **-***2150 | **Blanket Bond:** | $57,318,324.00  (per case limit) |
| **Period Ending:** 03/08/17 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,915.00 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,905.00 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,895.00 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,885.00 |
| 04/13/16 | 10101 | Corner Stone CPA Group LLP | CPA Expert Testimony | 3310-000 | | 5,885.00 | 0.00 |
| 06/27/16 | {2} | Wells Fargo Bank, N.A. | Settlement of adversary proceeding against<br>Wells Fargo Bank | 1249-000 | 250,000.00 | | 250,000.00 |
| 06/30/16 | 10102 | THORNE GRODNIK | Attorney for Trustee Fees | 3110-000 | | 62,500.00 | 187,500.00 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.90 | 187,476.10 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 262.94 | 187,213.16 |
| 08/02/16 | 10103 | J. RICHARD RANSEL | Trustee Compensation | 2100-000 | | 16,075.00 | 171,138.16 |
| 08/02/16 | 10104 | J. RICHARD RANSEL | Trustee Expenses | 2200-000 | | 52.83 | 171,085.33 |
| 08/02/16 | 10105 | May Oberfell Lorber | mediator fees | 3721-000 | | 2,208.75 | 168,876.58 |
| 08/22/16 | {3} | Wintrust Financial Corp. | Settlement of adversary proceeding against<br>Libertyville Bank & Trust | 1249-000 | 356,500.00 | | 525,376.58 |
| 08/24/16 | 10106 | Corner Stone CPA Group LLP | CPA Expert Testimony | 3310-000 | | 14,302.50 | 511,074.08 |
| 08/24/16 | 10107 | Kukui Gardens Corporation | Reimbursement for expert retainer | 2990-000 | | 4,000.00 | 507,074.08 |
| 08/24/16 | 10108 | John Schnure | bank expert fee | 3731-420 | | 9,180.00 | 497,894.08 |
| 08/31/16 | 10109 | THORNE GRODNIK | Attorney for Trustee Fees | 3110-000 | | 89,125.00 | 408,769.08 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 404.86 | 408,364.22 |
| 09/22/16 | 10110 | J. RICHARD RANSEL | Trustee Compensation | 2100-000 | | 17,825.00 | 390,539.22 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 588.70 | 389,950.52 |
| 10/12/16 | 10111 | THORNE GRODNIK | Attorney for Trustee Expenses | 3120-000 | | 2,490.03 | 387,460.49 |
| 12/23/16 | 10112 | Wells Fargo Bank, N.A. | Dividend paid  14.30% on $4,819.62; Claim# 1;<br>Filed: $4,819.62; Reference:  wrong date<br>Voided: check issued on 12/28/16 | 7100-000 | | -689.49 | 388,149.98 |
| 12/23/16 | 10113 | Kukui Gardens Corporation | Dividend paid  14.30% on $2,703,561.77;<br>Claim# 2; Filed: $2,703,561.77; Reference:<br>wrong date<br>Voided: check issued on 12/28/16 | 7100-000 | | -386,771.00 | 774,920.98 |
| 12/28/16 | 10112 | Wells Fargo Bank, N.A. | Dividend paid  14.30% on $4,819.62; Claim# 1;<br>Filed: $4,819.62; Reference:  wrong date<br>Voided on 12/23/16 | 7100-000 | | 689.49 | 774,231.49 |
| 12/28/16 | 10113 | Kukui Gardens Corporation | Dividend paid  14.30% on $2,703,561.77;<br>Claim# 2; Filed: $2,703,561.77; Reference:<br>wrong date<br>Voided on 12/23/16 | 7100-000 | | 386,771.00 | 387,460.49 |
| 01/02/17 | 10114 | Wells Fargo Bank, N.A. | Dividend paid  14.30% on $4,819.62; Claim# 1; | 7100-000 | | 689.49 | 386,771.00 |

| | | | Subtotals : | | $606,500.00 | $225,654.00 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-30006-HCD |
| Case Name: | HOLCO CAPITAL GROUP, INC. |
| Taxpayer ID #: | **-***2150 |
| Period Ending: | 03/08/17 |

| | |
|---|---|
| Trustee: | J. RICHARD RANSEL (520206) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******1366 - Checking Account |
| Blanket Bond: | $57,318,324.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $4,819.62; Reference: Re-issued | | | | |
| 01/02/17 | 10115 | Kukui Gardens Corporation | Dividend paid 14.30% on $2,703,561.77; Claim# 2; Filed: $2,703,561.77; Reference: Re-issued | 7100-000 | | 386,771.00 | 0.00 |

| | | Receipts | Disbursements | Balance |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 612,775.00 | 612,775.00 | $0.00 |
| Less: Bank Transfers | | 6,275.00 | 0.00 | |
| **Subtotal** | | 606,500.00 | 612,775.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $606,500.00 | $612,775.00 | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| Checking # ****-******98-66 | 6,500.00 | 225.00 | 0.00 |
| Checking # ******1366 | 606,500.00 | 612,775.00 | 0.00 |
| | $613,000.00 | $613,000.00 | $0.00 |

{} Asset reference(s)

Printed: 03/08/2017 08:49 AM    V.13.30